THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALICE GILL, Respondent, v. THE WARDEN OF THE CITY PRISON, BOROUGH OF BROOKLYN.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

*People ex rel. Gill* v. *Warden of City Prison,* 154 App. Div. 256 reversed.
(Argued April 14, 1913; decided April 29, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1912, which affirmed an order of Special Term sustaining a writ of habeas corpus and discharging the relator, who had been arrested and committed on the charge of keeping and maintaining a disorderly house, from custody.

*James C. Cropsey, District Attorney (Hersey Egginton* of counsel), for appellant.

No appearance for respondent.

Orders of Appellate Division and Special Term reversed and relator remanded to custody, on the ground that the information and the depositions attached thereto sufficiently charge the relator with the commission of the offense under section 1146 of the Penal Law; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.